IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 16 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| FREDDIE EUGENE BREWSTER, a/k/a "FREDDIE B"; ALTON ELIJAH GIVENS, a/k/a "FEETY"; CHRISTOPHER LAMONT JONES, a/k/a "LIL JOE"; THOMAS STACY CAFFREY, a/k/a "T.C."; RICHARD BEASON; DARRELL GREEN; TOMMIE ICE; CLARENCE ALLEN; WILLIE JOSEPH TYLER, JR.; RACHEL LEWIS; LADEITRICK HAMPTON; ASHLEY RAMAGE; LINDA BREWSTER; DAVID BOWMAN, JR.; D'ANGELO CANNON; MICHAEL DESHUN DAWKINS, a/k/a "LIL CRACK"; VERNA THOMPSON, a/k/a "D-LOW"; BRUNSON JAY TAYLOR; CHARLES OLIVER; CLINTON BREWER; RODRIQUES D'ANGELO DAVIS; JENNIFER MAY; CHRISTIAN WHITE; TAQUILA SHOTO; and CHRISTINA AKINS BREWSTER | **FILED UNDER SEAL**<br>Case No. 4:14-CR-188 - JLH<br><br>18 U.S.C. § 2<br>18 U.S.C. § 922(g)<br>21 U.S.C. § 841(a)(1), (b)(1)(A)<br>21 U.S.C. § 841(a)(1), (b)(1)(B)<br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>21 U.S.C. § 843(b)<br>21 U.S.C. § 846<br>18 U.S.C. § 1956(a)(1)(B)(i)<br>21 U.S.C. § 853(d)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2561(c)<br>18 U.S.C. § 3013<br>18 U.S.C. § 3571<br>18 U.S.C. § 3583 |

## MOTION TO UNSEAL

Upon request of the United States, the indictment in this case was ordered sealed on September 12, 2014, until the defendants were in custody or had been released pending trial. To date, not all of the defendants have been arrested. Officers have made all reasonable efforts to locate and arrest the defendants who remain at large, and would now like to request the assistance of the public in locating them. Therefore, the United States respectfully requests that the indictment be unsealed at his time.

CHRISTOPHER R. THYER<br>United States Attorney

_____
CHRIS GIVENS
Bar Number 2009194
Assistant United States Attorneys
P. O. Box 1229
Little Rock, AR   72203
Telephone: (501) 340-2619
E-mail: Chris.Givens@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be unsealed by this order.

September 16, 2014
DATE

_____
HONORABLE JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE