# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                 NO. 4:14CR00188 JLH

FREDDIE EUGENE BREWSTER,
ALTON ELIJAH GIVENS,
THOMAS STACY CAFFREY,
RICHARD BEASON, DARRELL
GREEN, CLARENCE ALLEN,
WILLIE JOSEPH TYLER, JR.,
RACHEL LEWIS, LADEITRICK
HAMPTON, ASHLEY RAMAGE,
LINDA BREWSTER, DAVID
BOWMAN, JR., D'ANGELO CANNON,
CLINTON BREWER, RODRIQUES
D'ANGELO DAVIS, JENNIFER MAY,
CHRISTIAN WHITE, TAQUILA SHOTO,
and CHRISTINA AKINS BREWSTER                      DEFENDANTS

## ORDER

Pending before the Court are motions for continuance of the November 30, 2015 trial date in this matter filed by defendants Clarence Allen, Darrell Green, and Alton Elijah Givens. Documents #412, #413, and #415. The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motions for continuance will be to establish a deadline for any defendant opposing the motions to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motions for continuance must file a response in opposition on or before **NOVEMBER 20, 2015**. It will not be necessary for any defendant who supports the motions for continuance to respond.

The Court will assume that any defendant who does not file a response in opposition of the motions on or before November 20, 2015, joins in the motions for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 13th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE