IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:14CR00188 JLH

FREDDIE EUGENE BREWSTER,
THOMAS STACY CAFFREY,
RICHARD BEASON, DARRELL GREEN,
CLARENCE ALLEN, WILLIE JOSEPH TYLER, JR.,
RACHEL LEWIS, LADEITRICK HAMPTON,
ASHLEY RAMAGE, LINDA BREWSTER,
CLINTON BREWER, JENNIFER MAY,
CHRISTIAN WHITE, TAQUILA SHOTO,
CHRISTINA AKINS BREWSTER,
ANTONIO LADELL BROWN,
TRAMARCUS TRAMOND MORGAN,
TRISTAN A. HIBBLER, FELISHA A. BLOCKER,
and ANTHONY RAYMON PAIGE     DEFENDANTS

## ORDER

Defendant Anthony Raymon Paige has filed a motion to continue the May 31, 2016 trial date in this matter. Document #608. The Court has determined that due to the number of defendants and attorneys involved in this case the most efficient manner of which to handle the motion to continue will be to establish a deadline for any defendant opposing the motion to file a response in opposition.

IT IS THEREFORE ORDERED that any defendant opposing the motion to continue must file a response in opposition on or before **MAY 23, 2016**. It will not be necessary for any defendant who supports the motion to continue to respond.

The Court will assume that any defendant who does not file a response in opposition of the motion on or before May 23, 2016, joins in the motion to continue and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 10th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE